# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESTATE OF THERESA ADACHI, *et al.*,

    Plaintiffs,

v.

TRUSTAGE INSURANCE AGENCY, LLC,

    Defendant.

Case No. 2:23-cv-01922-JCM-NJK

**Order**

[Docket No. 7]

    Pending before the Court is Philip Trenchak and Victoria Mullins' motion to withdraw as counsel for Plaintiffs. Docket No. 7. The Court hereby **SETS** that motion for a hearing at 11:00 a.m. on January 23, 2024, in Courtroom 3C. Plaintiff Patrick Francis Steele and his counsel must be present in person at the hearing. Plaintiffs' counsel must serve this order on Plaintiff Steele and must file a certificate of service no later than January 16, 2024.

    IT IS SO ORDERED.

    Dated: January 9, 2024

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge