# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESTATE OF THERESA ADACHI, *et al.*,

    Plaintiffs,

v.

TRUSTAGE INSURANCE AGENCY, LLC,

    Defendant.

Case No. 2:23-cv-01922-JCM-NJK

**AMENDED ORDER**

Plaintiff Patrick Francis Steele's address is incorrect. *See* Docket No. 16 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff Steele is hereby **ORDERED** to file a notice of changed address by March 14, 2024. The Clerk's Office is **INSTRUCTED** to add Plaintiff Steele's email address, blowhistlenow@protonmail.com, to the docket and send this order to him via email.

IT IS SO ORDERED.

Dated: February 15, 2024

                                        Nancy J. Koppe
                                        United States Magistrate Judge