# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF THERESA ADACHI, *et al.*, <br>    Plaintiffs, <br> v. <br> TRUSTAGE INSURANCE AGENCY, LLC, <br>    Defendant. | Case No. 2:23-cv-01922-JCM-NJK <br><br> **Order** |

On January 23, 2024, the Court granted Philip Trenchak's motion to withdraw as Plaintiffs' counsel. Docket No. 15. The Court ordered, *inter alia*, that Plaintiff Estate of Theresa Adachi must retain new counsel and file a notice of appearance by February 27, 2024. *Id*. To date, new counsel for this plaintiff has not entered an appearance in violation of the Court's prior order. *See* Docket.

Accordingly, it is **ORDERED** that new counsel must enter an appearance on behalf of Plaintiff Estate of Theresa Adachi, no later than April 8, 2024. Failure to comply with this order may result in sanctions, up to and including dismissal of the instant case.

IT IS SO ORDERED.

Dated: March 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1