# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESTATE OF THERESA ADACHI, *et al.*,

    Plaintiffs,

v.

TRUSTAGE INSURANCE AGENCY, LLC,

    Defendant.

Case No. 2:23-cv-01922-JCM-NJK

**ORDER**

Plaintiff Patrick Francis Steele's address is incorrect. *See* Docket Nos. 16, 19 (mail returned as undeliverable). On February 15, 2024, the Court ordered Plaintiff Patrick Francis Steele to file a notice of changed address by March 14, 2024. *See* Docket No. 18.

Plaintiff has failed to update his address. *See* Docket. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff Steele is hereby **ORDERED** to file a notice of changed address by April 1, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

The Clerk's Office is **INSTRUCTED** to send this order to Plaintiff Steele via email at the email address listed on the docket.

IT IS SO ORDERED.

Dated: March 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1