# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF THERESA ADACHI, *et al.*, <br>     Plaintiffs, <br> v. <br> TRUSTAGE INSURANCE AGENCY, LLC, <br>     Defendant. | Case No. 2:23-cv-01922-JCM-NJK <br><br> **REPORT & RECOMMENDATION** |

On January 23, 2024, the Court granted Philip Trenchak's motion to withdraw as Plaintiffs' counsel. Docket No. 15. The Court ordered, *inter alia*, that Plaintiff Estate of Theresa Adachi must retain new counsel and file a notice of appearance by February 27, 2024. *Id*. Plaintiff Estate of Theresa Adachi failed to comply with the Court's order. As a result, the Court ordered that new local counsel must enter an appearance on behalf of Plaintiff Estate of Theresa Adachi no later than April 8, 2024. Docket No. 20. The Court expressly warned that "[f]ailure to comply with this order may result in sanctions, up to and including dismissal of the instant case." *Id*. at 1. To date, Plaintiff Estate of Theresa Adachi has failed to comply with that order.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice as to Plaintiff Estate of Theresa Adachi.

Dated: April 11, 2024

                                                                Nancy J. Koppe <br>
                                                                United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file

1

a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).