UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESTATE OF THERESA ADACHI, et al., | Case No.2:23-CV-1922  JCM (NJK) |
| Plaintiff(s), | |
| v. | ORDER |
| TRUSTAGE INSURANCE AGENCY, LLC, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Nancy Koppe's report and recommendation ("R&R").  (ECF No. 22).  She recommends that this case be dismissed without prejudice as to plaintiff Estate of Theresa Adachi ("the estate").  (*Id.* at 1).  Specifically, she notes that the estate failed to comply with her prior order expressing that new local counsel must enter an appearance on its behalf no later than April 8, 2024.  (*Id.*; *see generally* ECF No. 20).

No objections were filed to the R&R.  Thus, the court is not obligated to conduct a *de novo* review of the R&R.  28 U.S.C. § 636(b)(1) (requiring courts to "make a *de novo* determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." (emphasis in original)).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Koppe's R&R (ECF No. 22) be, and the same hereby is, ADOPTED IN FULL.

IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE as to plaintiff Estate of Theresa Adachi only.

Plaintiff Patrick Francis Steele is still an active party in this case.

DATED May 24, 2024.

_____
UNITED STATES DISTRICT JUDGE