UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ESTATE OF THERESA ADACHI, *et al.*,

    Plaintiffs,

v.

TRUSTAGE INSURANCE AGENCY, LLC,

    Defendant.

Case No. 2:23-cv-01922-JCM-NJK

**REPORT & RECOMMENDATION**

Plaintiff Francis Steele has failed to update his address. *E.g.*, Docket Nos. 16, 19. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (*per curiam*); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file written notification of any change of address, and the local rules expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

On February 15, 2024, the Court ordered Plaintiff Steele to file a notice of change of address by March 14, 2024. Docket No. 18. Plaintiff Steele failed to do so. As a result, the Court ordered Plaintiff Steele to file a notice of change of address by April 1, 2024. Docket No. 21. The Court expressly warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE**." *Id*. at 1 (emphasis in original). To date, Plaintiff Steele has failed to comply with that order.

Plaintiff Steele has disobeyed the local rules and the Court's orders requiring prompt updating of a litigant's address. Plaintiff Steele's failure to update his address, his disobedience with the local rules, and his disobedience of the Court's orders are abusive litigation practices that have interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are

unavailable because Plaintiff Steele has refused to comply with the orders of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, in light of the circumstances outlined above, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice as to Plaintiff Steele.

Dated: June 3, 2024

Nancy J. Koppe
United States Magistrate Judge

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).